**U.S. Department of Homeland Security** Subject ID : 398316567 **Record of Deportable/Inadmissible Alien**

Family Name (CAPS) First Middle: SAEIDI, SHARMIN

Country of Citizenship: IRAN

Passport Number and Country of Issue: [redacted]

File Number: [redacted]

U.S. Address:

Date, Place, Time, and Manner of Last Entry:

Passenger Boarded at:

Number, Street, City, Province (State) and Country of Permanent Residence:

Date of Birth: [redacted] Age: [redacted]

Date of Action: 03/30/2025

Location Code:

City, Province (State) and Country of Birth:

AR ☐ Form : (Type and No.) Lifted ☐ Not Lifted ☐

NIV Issuing Post and NIV Number:

Social Security Account Name:

Date Visa Issued:

Social Security Number:

Sex: F | Hair: BLK | Eyes: BRO | Cmplxn: MED

Height: | Weight: | Occupation:

Scars and Marks:

F.B.I. Number: ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated

Method of Location/Apprehension:

At/Near: | Date/Hour:

By:

Status at Entry: | Status When Found:

Length of Time Illegally in U.S.:

Immigration Record:

Criminal Record:

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate):

Number and Nationality of Minor Children:

Father's Name, Nationality, and Address, if Known: [redacted] NATIONALITY: IRAN

Mother's Present and Maiden Names, Nationality, and Address, if Known: [redacted] NATIONALITY: IRAN

Monies Due/Property in U.S. Not in Immediate Possession:

Fingerprinted? ☐ Yes ☐ No

Systems Checks:

Charge Code Words(s):

Name and Address of (Last)(Current) U.S. Employer:

Type of Employment:

Salary: Hr

Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

[redacted]



[redacted]

RICARDO BARRIENTOS JR.

Alien has been advised of communication privileges ____________________ (Date/Initials)

(Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents) (Report of Interview)

Officer: ____________________

on: ____________________ (time)

Disposition: ____________________

Examining Officer: SALINAS, VICENTE



Form I-213 (Rev. 08/01/07)

Ex. 1-I-213 Narrative

**U.S. Department of Homeland Security** **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| SAEIDI, SHARMIN | 221 044 318<br>Event No: RGC2503000127 | 03/30/2025 |

CURRENT CRIMINAL CHARGES
-------------------------
03/29/2025 - 8 USC 1182 - ALIEN INADMISSIBILITY UNDER SECTION 21203/29/2025 - 8 USC 1229a - ALIEN REMOVAL UNDER SECTION 212 AND 237

CURRENT ADMINISTRATIVE CHARGES
-------------------------------
03/29/2025 - 212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA

RECORDS CHECKED
----------------
[redacted] checked on 03/30/2025 with Negative result. [redacted] checked on 03/29/2025 with Negative result. [redacted] checked on 03/30/2025 with Negative result. [redacted] checked on 03/30/2025 with Negative result. [redacted] checked on 03/30/2025 with Negative result. [redacted] checked on 03/29/2025 with Negative result.

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
---------------------------------------
IMMIGRATION HISTORY: No Prior Immigration History

CRIMINAL HISTORY: No Prior Criminal History

ENCOUNTER:
A Border Patrol Agent encountered subject in the Rio Grande Valley, Texas Border Patrol Sector. A Border Patrol Agent determined this subject had unlawfully entered the United States from Iran, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States. After determining that this subject was a non-citizen whom illegally entered the United States, the subject was arrested and transported to the Rio Grande Valley Sector Centralized Processing Center in McAllen, Texas for further processing.

IMMIGRATION/CRIMINAL VIOLATION:
At the Rio Grande Valley Sector Centralized Processing Center in McAllen, Texas. The subject admitted to being a citizen and national of Iran without the necessary legal documents to enter, pass through, or remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an Immigration Officer at a designated Port of Entry.

CONSULAR NOTIFICATION:
The subject was notified of the right to communicate with a consular officer from IRAN as per Article 36(a)(b) of the Vienna Convention of Consular Relations.

DISPOSITION:
The subject is being processed for Expedited Removal. The subject was apprehended within two years of the subject's last entry into the United States and within 100 air miles from the United States/Mexico international boundary.

NOTE: Subject was encountered after entering the United States illegally from Mexico. Subject was processed under section 212(f) of the Immigration and Nationality Act pursuant to the January 20, 2025, Guaranteeing the State Protection Against Invasion Executive Order and will be returned to country of citizenship.

MEDICAL CONDITION: Yes. As per medical staff, subject [redacted]

| Signature | Title |
|---|---|
| | Border Patrol Agent |

**U.S. Department of Homeland Security** **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
| --- | --- | --- |
| SAEIDI, SHARMIN | 221 044 318<br>Event No: RGC2503000127 | 03/30/2025 |

[redacted]

DNA COLLECTED: Yes.

Pregnant: No

OTHER IDENTIFYING NUMBERS
--------------------------
ALIEN-221044318

| Signature | Title |
| --- | --- |
| RICARDO BARRIENTOS JR. | Border Patrol Agent |