U.S. Department of Homeland Security

# Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY

Event No:RGC2503000127

File No: A221 044 318

Date: March 30, 2025

In the Matter of: SHARMIN SAEIDI

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1. You are not a citizen or national of the United States;

2. You are a native of IRAN and a citizen of IRAN ;

3. You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act; on or about March 29, 2025, you illegally entered the United States at or near ROMA, TX and were not inspected by an Immigration Officer.

Border Patrol Agent
Name and title of immigration officer (Print)

RICARDO B BARRIENTOS
Date: 2025.03.30 04:30:20 -05:00
0323795949.CBP
Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

Border Patrol Agent
Name and title of immigration officer (Print)

RICARDO B BARRIENTOS
Date: 2025.03.30 04:30:24 -05:00
0323795949.CBP
Signature of immigration officer

ACTING/PATROL AGENT IN CHARGE
Name and title of supervisor (Print)

FEDERICO LOPEZJR
Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

## CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on 03/30/2025
(Date)

RICARDO B BARRIENTOS
Date: 2025.03.30 04:30:27 -05:00
0323795949.CBP
Signature of immigration officer

Border Patrol Agent

Form I-860 (Rev. 08/01/07)

U.S. Department of Homeland Security

# Notice and Order of Expedited Removal

## ACKNOWLEDGEMENT

I acknowledge receipt of this notification Refused to Sign

Signature of alien