**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**DENVER IMMIGRATION COURT**

Respondent Name:
SAEIDI, SHARMIN

To:
Henry, Melissa M.
3030 NW Expressway
Suite 300
oklahoma city, OK 73112

A-Number:
221-044-318

Riders:
In Custody Redetermination Proceedings

Date:
11/05/2026

**ORDER OF THE IMMIGRATION JUDGE**

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☑ Other:
Withdrawn

Ex. 6-Nov. 5, 2026 IJ Bond Order

Immigration Judge: Hakiman, Damona 11/05/2026

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : SAEIDI, SHARMIN | A-Number : 221-044-318

Riders:

Date: 11/05/2026 By: PARISH, REGAN, Court Staff